```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/8/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

**EDDY ESTUARDO CHINCH ZACARIAS,**

                               **Petitioner,**

          -against-

**UNITED STATES OF AMERICA,**

                               **Respondent.**

-----------------------------------------------------------x

**16-CV-4810 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court issued an Order to Answer Petitioner's 28 U.S.C. § 2255 motion in this case. ECF No. 4. The U.S. Attorney's Office filed a memorandum in opposition in Petitioner's criminal docket. *See United States v. Zacarias*, No. 14-CR-194, ECF No. 41. The Court then appointed counsel for Petitioner. ECF No. 6.

The U.S. Attorney's Office is hereby **ORDERED** to re-file its memorandum in opposition in Petitioner's civil docket (16-CV-4810) on or before **September 22, 2020**. Petitioner is hereby **ORDERED** to file either a reply to this memorandum or a status report on or before **October 20, 2020**.

**SO ORDERED.**

**Dated:**     **September 8, 2020**
                **New York, New York**

                                                                _____
                                                               **HON. ANDREW L. CARTER, JR.**
                                                                **United States District Judge**